UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT P. LUPO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMEY TESLER, )<br>KELLIE BEYERS, )<br>AUDREY MARINELLI, and )<br>JULISSA DAVIDSON, )<br>)<br>Defendants. ) | No.: 2:21-cv-174-TAV-CRW |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Cynthia R. Wyrick, on November 12, 2021 [Doc. 4]. In the R&R, Judge Wyrick recommends that the Court deny plaintiff's application to proceed *in forma pauperis* [Doc. 4]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Judge Wyrick's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 4]. Plaintiff's motion for leave to proceed in forma pauperis [Doc. 1] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE